UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:10-CR-94 |
| JEAN T. GUMP, | ) | (GUYTON) |
| ELIZABETH ANN LENTSCH, | ) | |
| BRADFORD J. LYTTLE, | ) | |
| WILLIAM JEROME BICHSEL, | ) | |
| DAVID L. CORCORAN, | ) | |
| CAROL SUE GILBERT, | ) | |
| JACQUELINE MARIE HUDSON, | ) | |
| PAULA E. ROSDATTER, | ) | |
| MICHAEL WALLI, | ) | |
| and DENNIS DUVALL, | ) | |
| Defendants. | ) | |

**AMENDED ORDER**[1]

All pretrial motions in this case are before the undersigned pursuant to the parties' consent to trial by a United States Magistrate Judge. The case is presently before the Court on Defendant Lyttle's [Doc. 27] and Defendant DuVall's [Doc. 29] Motions to Continue, both filed on August 10, 2010. Defendants Lyttle and DuVall ask the Court to continue the August 12 motion-filing deadline and the September 14, 2010 trial date in this case. Both Defendants state that they are unavailable on September 14, because they will be in court in Nevada on that day. Both Defendants also state that they need additional time to prepare pretrial motions. Defendants Bichsel

---

[1] This Order is amended to correct an error in the date of the new motion-filing deadline on page two herein.

1

[Doc. 37] and Gilbert [Doc. 46] have moved to adopt the motions to continue. Defendant Gilbert states that her attorney was out of town at the time that she received additional discovery and that counsel needs time to review this discovery. Defendants Corcoran [Doc. 34], Rosdatter [Doc. 36], and Walli [Doc. 48] respond that they do not object to the requested continuance of the trial and motion-filing deadline and ask to join in these motions. Defendants Gump[2] [Doc. 30], Lentsch [Doc. 31], and Hudson [Doc. 33] have filed responses, stating that they do not object to the requested continuance of the trial and motion deadline.[3]

The Court finds that the Defendants have shown good cause for an extension of the August 12 motion-filing deadline. The motions to continue [**Docs. 27 and 29**] are **GRANTED in part**, in that the motion-filing deadline is extended two weeks to **August 26, 2010**, for Defendants Gump, Lentsch, Lyttle, Bichsel, Corcoran, Gilbert, Hudson, Rosdatter, Walli, and DuVall. The motions [**Docs. 27 and 29**] are **DEFERRED in part**, in that the requests to continue the September 14, 2010 trial date will be taken up at the pretrial conference on **September 8, 2010, at 9:30 a.m.** The motions to adopt [**Docs. 37 and 46**] and requests to join in the motions to continue are **GRANTED**. If any additional motions are filed in the case, then the Court will reset the response

---

[2]This Court granted [Doc. 32] Defendant Gump's motion [Doc. 26] to extend the deadlines for filing pretrial motions and providing reciprocal discovery, because defense counsel was out of town. No new deadline was set at that time.

[3]Only Defendants Urfer, Platte, and Baggerly have not taken a position on the motions to continue the trial and motion-filing deadline.

deadline for those new motions at the **September 8, 2010** pretrial conference.[4] All other dates and deadlines in the case shall remain the same at this time.

       **IT IS SO ORDERED.**

ENTER, *nunc pro tunc* to August 18, 2010:

          s/ H. Bruce Guyton
United States Magistrate Judge

---

[4] Responses to motions filed by the August 12, 2010 deadline are due on or before **August 26, 2010**. [See Doc. 11]